1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JANICE LACY,                          Case No.  1:25-cv-00832-BAM

12              Plaintiff,                  ORDER GRANTING PLAINTIFF'S MOTION
                                            FOR AN EXTENSION OF TIME
13        v.
                                            (Doc. 5)
14   FRESNO COUNTY SHERIFF'S OFFICE,
                                            **THIRTY (30) DAY DEADLINE**
15              Defendant.

16

17        Plaintiff Janice Lacy, proceeding *pro se* and *in forma pauperis*, filed this civil rights

18   action under 42 U.S.C. § 1983 on July 10, 2025.  (Doc. 1.)  On July 16, 2025, the Court screened

19   Plaintiff's complaint and granted her leave to amend within thirty days.  (Doc. 4.)  The Court's

20   screening order was returned as "Undeliverable, Return to Send, Refused, Unable to Forward" on

21   July 28, 2025.  (*See* Docket.)

22        On August 13, 2025, Plaintiff submitted a document providing a new address and

23   informing the Court that she is incarcerated, she has requested legal envelopes for several days,

24   but the jail is out of them right now, and she does not have the ability to reply to the order.  (Doc.

25   5.)  Plaintiff indicates that she will "get a letter out possibly when someone is released or when

26   the envelopes are replenished."  (*Id.*)  The Court construes the document as a motion for an

27   extension of time to file an amended complaint in response to the Court's July 16, 2025 screening

28   order.  The Court notes that on August 13, 2025, the Clerk of the Court re-served Plaintiff at her

                                              1

updated address with a copy of its order granting Plaintiff's application to proceed *in forma pauperis* and its July 16, 2025 screening order. (*See* Docket.)

Having considered the motion, the Court finds that Plaintiff has presented good cause for the requested extension of time. Fed. R. Civ. P. 6(b). Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time to respond to the Court's July 16, 2025 screening order is GRANTED.

2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file an amended complaint that complies with the Court's July 16, 2025 screening order, or notice of voluntary dismissal.

3. If Plaintiff fails to file a timely amended complaint in compliance with this order, the Court will recommend dismissal of this action for failure to obey a court order and for failure to state a claim.

IT IS SO ORDERED.

Dated:  **August 14, 2025**        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

2