UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JANICE LACY,

Plaintiff,

v.

FRESNO COUNTY SHERIFF'S OFFICE,

Defendant.

No. 1:25-CV-00832-FJS

ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED

Plaintiff Janice Lacy ("Plaintiff") is proceeding pro se and in forma pauperis in this action. (ECF No. 3.) The court's screening of Plaintiff's first amended complaint (ECF No. 7) is currently pending.

On January 8, 2026, the court served a notice of temporary magistrate judge assignment (ECF No. 9) on Plaintiff. On January 26, 2026, the court's notice was returned as undeliverable with a note that Plaintiff was no longer in custody at the Fresno County Jail. (*See* Dkt.)

On March 23, 2026, the court served an order reassigning the case (ECF No. 10) on Plaintiff. On April 8, 2026, the court's order was returned as undeliverable. [1] (*See* Dkt.)

Local Rule 182(f) provides that a "pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address .... Absent such notice, service of documents

[1] Both documents were served at Plaintiff's address of record.

at the prior address of the ... pro se party shall be fully effective." Further, Local Rule 183(b) states that a "party appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address. If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within thirty (30) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute."

It has been well over thirty (30) days since the orders were returned as undeliverable, and Plaintiff has failed to file a notice of change of address or to otherwise advise the court of his current address. Because Plaintiff has failed keep the court apprised of his current address in violation of the Local Rules, this action is subject to dismissal. Given the court's inability to communicate with Plaintiff, there are no other reasonable alternatives available to address Plaintiff's failure to obey the Local Rules and failure to prosecute.

Accordingly, within fourteen (14) days from the date of service of this order, Plaintiff shall show cause why the action should not be dismissed. Failure to comply with this order will result in dismissal of the action.

IT IS SO ORDERED.

Dated: **October 23, 2026**

UNITED STATES MAGISTRATE JUDGE